UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```
DAIRY DOZEN MILNOR, LLP,        *     19-CV-1004
d/b/a FIVE STAR DAIRY,          *
                                *
            Plaintiff,          *
                                *
     -vs-                       *     STIPULATION FOR DISMISSAL
                                *           WITH PREJUDICE
PENN MILLERS INSURANCE          *
COMPANY, d/b/a CHUBB            *
AGRIBUSINESS,                   *
                                *
            Defendant.          *
                                *
```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

COME NOW the parties involved in the above-entitled action and, pursuant to FRCP 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by the parties. Furthermore, the parties agree that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: 3/24/20          By _____
                        One Court Street
                        Post Office Box 1030
                        Aberdeen, SD 57402-1030
                        Telephone No. 605-225-6310
                        E-mail: jhieb@rwwsh.com

00371507.WPD / 1

Signature Page to Stipulation for Dismissal
with Prejudice (19-cv-1004)

                and

          BIRD, JACOBSEN & STEVENS

    Mr. Charles A. Bird

    300 - 3rd Avenue Southeast
    Suite 305
    Rochester, MN  55904
    Telephone No. 507-282-1503
    E-mail: charles@birdjacobsen.com

Attorneys for Plaintiff

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

00371507.WPD / 1

Signature Page to Stipulation for Dismissal
with Prejudice (19-cv-1004)

                                        GUNDERSON, PALMER, NELSON
                                             &amp; ASHMORE, LLP

Dated: 3/23/2020              By *[signature]*
                                                Marty J. Jackley

                                        111 West Capital Avenue, 2nd Floor
                                        Suite 230
                                        Pierre, SD  57501
                                        Telephone No. 605-494-0105
                                        E-mail: mjackley@gpna.com

                                                   and

                                        BUTLER, WEIHMULLER, KATZ
                                           &amp; CRAIG, LLP

                                        Mr. Clark Schirle
                                        Mr. Jonathan K. Barger

                                        115 South LaSalle Street
                                        Suite 3200
                                        Telephone No. 312-462-9156
                                        Chicago, IL  60603
                                        E-mail: schirle@butler.legal
                                                          jbarger@butler.legal

                                        Attorneys for Defendant

00371507.WPD / 1